JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRONTERA TELEVISION      )   Case No. EDCV 12-00920 VAP
NETWORK LLP,             )   (DTBx)
                         )
            Plaintiff,   )   **JUDGMENT**
                         )
      v.                 )
                         )
ALEJANDRO CARRILLO GARZA )
SADA, et al.             )
            Defendants.  )
_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>November 27, 2012</u>

                                 VIRGINIA A. PHILLIPS
                    United States District Judge