*WHEN RECORDED MAIL TO:*
Rebeca Valenzuela, Esq.
MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP
550 West C Street, Ste. 1900
San Diego, CA 92101

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRONTERA TELEVISION NETWORK, LLP  PLAINTIFF(S), v.  ALEJANDRO CARRILLO GARZA SADA, et al.  DEFENDANT(S). | CASE NUMBER:  CV EDCV12-00920-VAP (DTBx)  ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 1/16/2013 in favor of Alfredo Carillo Chontkowsky and Jose Carrillo Chontkowsky whose address is [c/o their attorneys:] 550 West C Street, Ste. 1900, San Diego, CA 92101 and against Frontera Television Network, LLP whose last known address is 16299 Foothill Blvd., Fontana, CA 92335

for $ -0- Principal, $ -0- Interest, $ 22,962.80 Costs, and $ including Attorney Fees.

ATTESTED this 22nd day of May , 2013.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Jose Aquino
711 S. Carson Street, #4
Carson City, NV 89701

TERRY NAFISI
CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)      ABSTRACT OF JUDGMENT/ORDER